LYNN HUBBARD III, SBN 69773
SCOTTLYNN J HUBBARD, IV, SBN 212970
**LAW OFFICES OF LYNN HUBBARD**
12 WILLIAMSBURG LANE
CHICO, CA. 95926
(530) 895-3252

Attorney for Plaintiff


MARTIN H. ORLICK, SBN 83908
JEFFER MANGELS BUTLER & MARMARO
Two Embarcadero Center
5th Floor
San Francisco, CA 94111
(415) 398-8080

Attorney for Defendant

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD,<br><br>    Plaintiff,<br><br>vs.<br><br>GMRI, INC. DBA RED LOBSTER, and DOES 1 through 10,<br><br>    Defendants. | Case No. CIV.S 04-1535 DFL CMK<br><br>STIPULATION TO EXTEND THE DATE TO TAKE THE DEPOSITION OF MICKEY BARRETT |

The parties hereby stipulate to extend the date to conduct the deposition of defense expert Mickey Barrett. The current date by which all depositions must be completed is August 24, 2005.

Plaintiff's counsel had originally noticed Mr. Barrett's deposition to occur on July 8, 2005. However, due to a death in Mr. Barrett's family, the parties agreed to postpone Mr. Barrett's deposition.  Defense counsel agreed to produce Mr. Barrett at a later date.

SANFORD v. RED LOBSTER, et al., Case No. CIV S. 04-1535 DFL CMK
**Stipulation to Extend the Date to Take the Deposition of Mickey Barrett**
Page 1

Counsel met and conferred to agree upon a mutually convenient date. The deposition of Mickey Barrett was re-noticed for August 4, 2005. The parties are circulating settlement documents. Defense counsel is unavailable for deposition on August 4, 2005, counsel agreed to reschedule Mr. Barrett's deposition.

Defense counsel is on vacation from August 15, 2005 through August 23, 2005. The earliest date to conduct the deposition is August 26, 2005.

Therefore, the parties respectfully request that the discovery cut-off be extended thirty (30) days for the sole purpose of taking the deposition of Mickey Barrett.

If Mickey Barrett is not produced for deposition within the thirty (30) days, defendant agrees to withdraw Mr. Barrett as an expert and therefore cannot rely on his opinions, testimony and/or written statements at trial or for the defense of this action.

July 29, 2005                LAW OFFICES OF LYNN HUBBARD, III

*/s/ Lynn Hubbard, III*
LYNN HUBBARD, III

July 29, 2005                JEFFER, MANGELS, BUTLER & MARMARO

*Signature on File*
MARTIN H. ORLICK

IT IS SO ORDERED:
That the current discovery cut-off be extended for thirty (30) days to take the deposition of Mickey Barrett. Accordingly, the date to take Mickey Barrett's deposition is extended to September 24, 2005.

Dated : August 3, 2005      /s/ David F. Levi
                            JUDGE OF THE DISTRICT COURT

**SANFORD v. RED LOBSTER, et al.,** Case No. CIV S. 04-1535 DFL CMK
**Stipulation to Extend the Date to Take the Deposition of Mickey Barrett**
Page 2