LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
ADAM SORRELLS, SBN 160226
LAW OFFICES OF LYNN HUBBARD, III
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Fax: (530) 894-8244

Attorneys for Plaintiff
SHERIE WHITE

Martin Orlick, Esq.
JEFFER MANGELS BUTLER & MARMARO LLP
Two Embarcadero Center, Fifth Floor
San Francisco, CA 94111-3824
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

Attorneys for Defendants
GMRI, INC. dba RED LOBSTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD,<br><br>　　　Plaintiff,<br><br>v.<br><br>GMRI, INC. dba RED LOBSTER, and DOES 1 through 10.<br><br>　　　Defendants.　　　　　　　　　／ | Case No. CIV. S-04-1535 DFL CMK<br><br>**STIPULATION FOR DISMISSAL and ORDER THEREON** |

Stipulation for Dismissal and Order Thereon ˘ 1 ˘　　　　Sanford v. Red Lobster, et al.
CIV.S 04-1535 DFL CMK

1
2
3
4   IT IS HEREBY STIPULATED, pursuant to a settlement and release agreement
5   between plaintiff, James Sanford, and defendant GMRI, Inc. dba Red Lobster, that this
6   Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action
7   pursuant to Fed. R. Civ. P. 41.
8   The dismissal with prejudice shall dismiss the action in its entirety, save Plaintiff's
9   application, for attorney's fees, litigation expenses, and costs.
10  The Court shall retain jurisdiction over all disputes among the parties arising out of
11  the Settlement Agreement including, but not limited to, Plaintiff's Motion for Attorney's
12  Fees and Costs.
13  Dated: _____, 2005     LAW OFFICES OF LYNN HUBBARD
14
                                 /s/ Lynn Hubbard, III
15                               LYNN HUBBARD, III
                                 Attorney for Plaintiff
16
17  Dated: _____, 2005        JEFFER MANGELS BUTLER & MARMARO LLP
18
                                 *Signature on File*
19                               Martin Orlick
                                 Attorney for Defendant
20
21              ORDER ON STIPULATION FOR DISMISSAL
22  Having read the foregoing Stipulation, and good cause appearing therefore, the
23  Court GRANTS the Stipulation and dismisses the above-captioned action with prejudice.
24  The Court shall retain jurisdiction over all disputes among the parties arising out of
25  the Settlement Agreement including, but not limited to, Plaintiff's Motion for Attorney's
26  Fees and Costs.
27  Stipulation for Dismissal and Order Thereon                    Sanford v. Red
                                    ˘ 2 ˘                          Lobster, et al.
28                                                                 CIV.S 04-1535 DFL CMK

1  IT IS SO ORDERED.
   Date:  8/18/2005                  /s/ David F. Levi
2                                              Judge of the District Court

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  Stipulation for Dismissal and Order Thereon                                    Sanford  v.  Red
                                                         ˇ 3 ˇ                                    Lobster, et al.
28                                                                                 CIV.S 04-1535 DFL CMK